UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PETRO WELT TRADING GES M.B.H.,
PETRO WELT TECHNOLOGIES AG,
TRADING HOUSE KATOIL LLC,
KATOBNEFT LLC and KATOIL-
DRILLING LLC, an Austrian limited
liability company

    Plaintiffs,

v.                                                Case No: 2:18-cv-597-FtM-38MRM

EDWARD BRINKMANN, MAJAB
DEVELOPMENT, LLC and DOES 1-
10,

    Defendants.
_____/

# **ORDER**[1]

Before the Court is Plaintiffs' Motion to Remand (Doc. 7) and Defendants' Consent to Motion to Remand (Doc. 9). Plaintiffs sued Defendants in the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida. Defendants then removed the case to this Court. (Doc. 1). Plaintiffs now move to remand this action. (Doc. 7). Defendants consent to the remand. (Doc. 9).

Accordingly, it is now

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**ORDERED:**

(1) Plaintiffs' Motion to Remand (Doc. 7) is **GRANTED.**

(2) The Clerk of Court is **DIRECTED** to **REMAND** the case to the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida and to transmit a certified copy of this Order to the Clerk of that Court.

(3) The Clerk is further **DIRECTED** to terminate all pending motions and deadlines and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of September 2018.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record